**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

STANDARD INTERNATIONAL MANAGEMENT, LLC, et al.,

                Plaintiffs,

  - against -

UKG INC.,

                Defendant.

**22 Civ. 4037 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

On August 15, 2022, and consistent with the Court's Individual Practices, counsel for defendant UKG Inc. ("UKG") sent counsel for plaintiffs Standard International Management, LLC, Standard Highline Employer, LLC, and Standard East Village Employer, LLC, (collectively, "Plaintiffs"), a pre-motion letter identifying grounds for a motion to dismiss the complaint. (See Dkt. No. 22.) On August 22, 2022, counsel for Plaintiffs sent a three-page letter in response, opposing the grounds for UKG's proposed motion. (See Dkt. No. 24.)

Upon review of all pre-motion letters (Dkt. Nos. 22-26), the Court is unpersuaded that a pre-motion conference is necessary to resolve the parties' dispute. Within one week of the date of this order, the parties shall notify the Court whether they consent to the Court deeming the pre-motion letters as a fully briefed motion and ruling on the basis of

1

the letters, or whether the parties request supplemental or full briefing on UKG's proposed motion. If the parties request supplemental or full briefing, they are directed to submit a proposed briefing schedule within one week of the date of this order.

**SO ORDERED.**

Dated: September 13, 2022
       New York, New York

                                        _____
                                        **VICTOR MARRERO**
                                        **U.S.D.J.**