UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STANDARD INTERNATIONAL MANAGEMENT, LLC, STANDARD HIGH LINE EMPLOYER, LLC, and STANDARD EAST VILLAGE EMPLOYER, LLC,<br><br>Plaintiffs,<br><br>-against-<br><br>UKG INC.,<br><br>Defendant. | ECF Case<br><br>Case No.: 1:22-cv-04037 (JLR) |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

WHEREAS, while the parties were preparing a status update to the Court per the Court's Reassignment Order, Dkt. No. 29;

WHEREAS, counsel for the parties confirmed that Plaintiffs and Defendant are all Delaware companies;

WHEREAS, there is insufficient diversity of citizenship amongst the parties to establish federal subject matter jurisdiction under 28 U.S.C. § 1332 and maintain this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that:

1. The above-referenced action is hereby **voluntarily dismissed without prejudice** without costs or attorneys' fees to any party;

2. Plaintiffs shall be entitled to re-file the action in State Court alleging all claims contained in their initial complaint filed in this action; and

3. To the extent this action is re-filed in State Court, Defendant authorizes Defendant's counsel, Michael D. Thompson, Esq of Lewis Brisbois Bisgaard & Smith LLP to accept service on its behalf.

Dated: New York, New York
October 6, 2022

| LEWIS BRISBOIS BISGAARD & SMITH LLP | FOX ROTHSCHILD LLP |
|---|---|
| /s/ Michael D. Thompson | /s/ Glenn S. Grindlinger |
| Michael D. Thompson, Esq. | Carolyn D. Richmond, Esq. |
| 77 Water Street, Suite 2100 | Ernest E. Badway, Esq. |
| New York, New York 10005 | Glenn S. Grindlinger, Esq. |
| (973) 7925-8729 | 101 Park Avenue, Suite 1400 |
| *Attorneys for Defendant* | New York, New York 10178 |
| | (212) 878-7900 |
| | *Attorneys for Plaintiffs* |

SO ORDERED:

_____
JENNIFER L. ROCHON, U.S.D.J.